1
2
3
4
5

CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Candice Clipner, Esq., SBN 215379
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
candicec@potterhandy.com

6    Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11

**Brian Whitaker,**

          Plaintiff,

12
13    v.

14
**Angela Q Vietnamese Foods and Deli**, a California Corporation,

15
          Defendant.

16

Case: 5:22-cv-00287-EJD

**Plaintiff's Application for Default Judgment by Court Against Angela Q Vietnamese Foods and Deli**

Date:    February 2, 2023
Time:    9:00 a.m.
Ctrm:    4 (5th Floor)

17

18

19

20
21    To Defendant Angela Q Vietnamese Foods and Deli, and the attorneys

of record, if any:  Please take notice that on February 2, 2023, at 9:00 a.m., or

22
as soon thereafter as this matter may be heard by this Court located at the

23
San Jose Courthouse, 280 South First Street, San Jose, California, Plaintiff

24
Brian Whitaker will present his application for default judgment against

25
Defendant Angela Q Vietnamese Foods and Deli. The Clerk has previously

26
entered the default on Angela Q Vietnamese Foods and Deli on August 2,

27
2022.

28
At the time and place of hearing, plaintiff will present proof of the

1

1   following matters: (1) Defendant Angela Q Vietnamese Foods and Deli is a
2   business entity and not a minor or incompetent person or in military service
3   or otherwise exempted under the Soldier and Sailor's Civil Relief Act of
4   1940; (2) Defendant Angela Q Vietnamese Foods and Deli has not appeared
5   in this action; and (3) Plaintiff is entitled to judgment against said Defendant
6   on account of the claims pleaded in the complaint, to wit: a violation of the
7   Americans with Disabilities Act, and the Unruh Civil Rights Act.

8       The Plaintiff seeks $4000.00 damages judgment against Defendant
9   Angela Q Vietnamese Foods and Deli and $4042.00 as attorneys' fees and
10  costs. Additionally, plaintiff seeks an order directing the defendant to provide
11  wheelchair accessible dining surfaces at the property located at 953
12  McLaughlin Ave., San Jose, California. This application is based on this
13  notice, the declarations submitted in support of this motion, and other
14  matters which may be presented at the hearing.

15      Notice of this the original application for default judgment by court
16  was served on defendant Angela Q Vietnamese Foods and Deli on August 24,
17  2022, by first class United States Mail, postage prepaid.

18

19  Dated: August 24, 2022                CENTER FOR DISABILITY ACCESS

20

21                                        By: /s/ Candice Clipner
                                          Candice Clipner, Esq.
22                                        Attorney for Plaintiff

23

24

25

26

27

28

Plaintiff's Application for Default Judgment   Case: 5:22-cv-00287-EJD